AO 450 (Rev. 11/11)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRUCE MICHAEL ABRAHAMSON )<br>*in his personal capacity and in his capacity as* )<br>*personal representative of the estate of*<br>  Elaine Abrahamson<br>            Plaintiff            )<br>       v.                         )<br>MUNSTER TOWN OF           )<br>*Indiana*                         )<br>POLICE DEPARTMENT        )<br>*Munster, IN.*<br>            Defendants         ) | Civil Action No.   2:23-cv-184 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: All claims against the Town of Munster and the Munster Police Department are DISMISSED. JUDGMENT in entered in favor of Defendants Town of Munster and the Munster Police Department and AGAINST Plaintiff Bruce Abrahamson.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Gretchen S. Lund on a motion to Dismiss


DATE: March 31, 2025              *CHANDA J. BERTA, CLERK OF COURT*

                                  By J. Schrader
                                  *Signature of Clerk or Deputy Clerk*