UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION



-FILED-
APR 30 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRUCE MICHAEL ABRAHAMSON ) <br> PLAINTIFF, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> MARK ASHCRAFT, AND ) <br> ANTHONY PHIPPS, AND ) <br> DAN BROELMANN, AND ) <br> STEPHEN SCHECKEL, AND ) <br> JOHN DOES 1-10, unknown current ) <br> and former police officers, AND ) <br> JOHN DOES 1-10' unknown current ) <br> and former law enforcement affiliates ) <br> with the Town of Munster, and other ) <br> John Does that are employees of the ) <br> Town of Munster, AND ) <br> DUSTIN ANDERSON, AND ) <br> TOWN OF MUNSTER, INDIANA ) <br> MUNSTER, IN. POLICE DEPARTMENT) <br> DEFENDANTS. ) | Cause No.  2:23-CV-184 <br><br> JURY DEMAND |

### MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS FOR FAILURE TO ANSWER THE SECOND AMENDED COMPLAINT

Comes now Plaintiff and states unto the Court as follows and moves the Court for the relief stated at the conclusion of this "Motion For Default Judgment against all defendants":

**1)** Defendants over the course of in excess of one year (over 24 months) defendants have failed to answer, namely to file an answer never denying any of Plaintiff's allegations set forth in the second amended complaint (hereafter "**SAC**") -  thereby admitting all of the allegations in Plaintiff's multi-count and multi-paragraph **SAC**.

**2)** Plaintiff caused a letter warning defendants' filing any answer to the SAC - in that the defendants having committed purposeful criminal acts against the Abrahamsons, including but not limited to manslaughter of Plaintiff's Mother, Elaine Abrahamson shall be subornation of perjury.

**3)** Ostensibly, it is readily apparent to the trial court Mr. Westland practicing law with his spouse Nicole A. Bennett of Westland & Bennett P.C. consists namely of: Nicole Bennett using her (prior) married, or maiden name, and Matt Warner has entered his appearance "in lieu of" Mr Westland so that principals attorneys Westland and Bennett can conveniently declare ignorance as to defendants' suborning perjury "under color of law" - which the attorney professional code of conduct and canons have intrinsic methodology in that the supervising attorneys or principals are equally culpable for suborning perjury when the defendants utilize the court to perpetrate: fraud, perjury, and defamation ***per se*** of Plaintiff, torture of his Mother, all under "***color of law***".

4) Plaintiff after having practiced medicine and surgery at the Harvard surgical service in Boston, MA. as a professor of surgery where he was invited to stay on in cardio-thoracic surgery, diagnosed his father during two separate visits during Plaintiff's annual return to have Christmas Holiday Dinners with them and in past successive years fortunately diagnosed plaintiff's father with surgical diseases and saved his life on two separate occasions: **FIRST**: with an abdominal aortic aneurysm ("AAA") on "History and Physical Exam" and driving him to the Mayo Clinic all night into the early morning, the Emergency Room physician unable to diagnose the AAA and it was confirmed via Plainiff insisting upon a "CT Scan" of his abdominal aorta which confirmed a sizeable mass from the AAA in his abdominal area, all of which saved his life giving him well over two more decades of life.

5. A successive year soon thereafter Plaintiff assisted both of his parents with their business so his father could convalesce from surgery and more significantly plaintiff again diagnosed his father (who never smoked, rarely drank alcohol, never did recreational drugs could not walk to "keep pace" with plaintiff and his mother during the Christmas holidays whereupon Plaintiff again elicited a history from his Father's later symptoms, all of which were consistent with coronary artery disease: plaintiff having worked primarily with cardio-thoracic surgeons of the surgical programs he practiced surgery in was 100% certain his father had coronary artery disease ("CAD") and arranged to fly with his Father to the Mayo Clinic, Rochester MN along with Elaine Abrahamson a registered nurse. The clinical diagnosis made by plaintiff of "CAD" was confirmed via an angiogram with contrast and all of his coronary arteries were occluded which required immediate access to his heart and bilateral lower extremities for the surgical insertion of coronary artery bypass grafts, to bypass all five coronary arteries in that at that time his heart muscle was intact without evidence of any infarct. These are the types of activities along with running family business(es) plaintiff occupied his time with along with equally advocating for his mother Elaine with various health issues also of which plaintiff prolonged his mother's life. The preceding is brought to the court's attention because during "COVID-19" Plaintiff via his Mother's IN. Home health Medicare/Medicaid services was proffered a family to assist Plaintiff with "transport" and "non-skilled" care for his Mother Elaine. The Sims Family falsely stated they had no criminal history wherein they had a history of felonious illegal drug use, distribution, and illegal weapons possession and named Sims. originating out of Gary IN originally relocated to Porter County Indiana namely Portage IN who falsely portrayed themselves as good Indiana citizens that had just started an Indiana LLC approved under the IN. Medicare Medicaid waiver program and retrospectively there was

nothing different plaintiff could have done because this was the only entity to assist plaintiff caring for his mother Elaine, just as he did for his father.

6. Plaintiff often reached out to the Town managers of Munster Indiana for assistance caring for a parent because his three siblings did absolutely nothing to assist him with either parent and Plaintiff's days and nights were dedicated to keeping both of his parents: healthy, protected and extremely satisfied that someone advocated for them in the truest sense of advocacy.

6. There is a ***prima facie*** record at the Community Power Health Hospital in Munster IN that exemplifies all of the preceding where plaintiff had brought his mother to the hospital stayed at the hospital from morning to night monitoring her healthcare to make certain that she was well taken care of – all documented in the medical charts of Elaine. The police department/P.O. defendants were cognizant of Plaintiff caring avidly for his Mother and due to defendants' anti-semitic discrimination Plaintiff experienced defamation via these P.O. defendants which torts committed by, and complained of by Plaintiff resulting in Mrs. Abrahamson's death from Broken Heart Syndrome.

7. Calls by Plaintiff to the 911 emergency call center in Lake County Indiana to protect Plaintiff and his Mother Elaine from the Sims Family's criminal mischief and their "LLC's" mischief gaining entry into Plaintiff's home under false pretense(s), was disregarded by defendants and the Sims doing drugs and distributing them amongst their employees, hitting plaintiff's mother Elaine when Plaintiff was out of the home depicted on film footage that plaintiff obtained having cameras set up throughout his home was all ignored by P.O. defendants due to their anti-semitism.

8. Plaintiff both reported the criminal mischief of the Sims to the defendant police officers who did absolutely nothing to assist plaintiff in ridding "the Sims" from plaintiff's home and

4

instead ignored plaintiff's pleas for help: instead the defendant P.O.'s listened to each of the three Sims: Maurice Sim Senior, Maurice Sims Junior, and Latresa (maiden name) "Rouse" Sims who all had felony arrest records, Maurice senior and Latresa were fugitives from prior felony charges for drugs and illegal weapons while their son Maurice Sims Junior also a Porter County Indiana resident was directed by Sims senior and Latresa Sims to enter plaintiff's home as an employee of the Sims' LLC and giving his name/identity solely as "junior" - because after he was caught repeatedly doing drugs on some of plaintiff's cameras in the basement Plaintiff had film footage of Sims Junior smoking cannabis in plaintiff's basement on film footage.

9. Despite the fact that plaintiff showed these police officer "P.O." Defendants atrocious battery by the male Sims caregivers, Sims Sr. and Sims Jr.: on film on plaintiff's smartphone – Maurice Sims Junior had an active Porter County IN. felony charge for illegal drugs when plaintiff showed the P.O. Defendants the Sims Family members battering plaintiff's mother Elaine, and they did absolutely nothing to assist plaintiff in protecting his mother from this battery and abuse by the Sims.

10. Plaintiff was not completely surprised because prior to these events plaintiff was the victim of a "hit and run" automobile accident in the town of Munster Indiana the offending vehicle was totaled along with plaintiff's vehicle plaintiff obtained a Munster, IN. police report - was told to call appoximately every week or two and the Munster, IN. police would answer the phone who were "detectives" and on one occasion plaintiff heard one detective tell someone in their Police Department Office to the effect that: "It's the Jew again what do you want me to tell him?" - Despite the police having impounded a cell phone from one of the perpetrators that "totalled" Plaintiffs four door sedan vehicle and almost killed plaintiff. Plaintiff had to pursue his own insurance company due to the dereliction and refusal of these

5

P.O. defendants to search for the three to four "hit and run" offenders, and with recidivism the Munster P.O. Defendants were derelict and antisemtic in that they failed to assist plaintiff in pursuing battery charges against "The Sims" as well as drug charges all depicted on plaintiff's cameras.

10. All three Sims had been charged in the State of IN. CCS for: cocaine possession, cocaine trafficking, illegal weapons sales and Latresa "Rouse" Sims with her spouse Maurice Sims, Sr.: Latresa "Rouse" Sims - brought their son Maurice Sims Junior under an alias surname "Junior" to Plainiff's home - who Plaintiff un-covered Sims, Jr. had the "then felony outstanding criminal charge also for illegal drug activity" where upon all three of these individuals: Latresa, Maurice, Sr. and Maurice, Jr. – have been captured on film footage in plaintiff's home torturing his mother Elaine Abrahamson with her audibly being heard screaming "stop you're hurting me" to Maurice Sims senior, his son Maurice Sims, Jr., and the Sims employee "Devon Hawkins" - all due to a ***prima facie*** fact with multiple verbal and written complaints filed via phone on multiple separate occasions with the defendants, which the defendants ignored and instead contrary to federal law persecuted both plaintiff and his mother in his home due to their Judaic religious beliefs being on display such as Plaintiff and Family in a Jewish Synagogue wearing a "yarmulke" (is skullcap worn in public by Jewish men during prayer).

11. It has been brought to plaintiff's attention that the P.O. defendants have not only violated the civil rights of plaintiff but ostensibly and egregiously Defendants forcing their way into plaintiff's residence without having read to plaintiff (nor his mother) their "Miranda rights" prior to plaintiff being arrested by these defendants "under color of law" for contrived allegations that were plainly false and that the Lake County prosecutor's office not only dropped all charges in a probable cause affidavit, but also took the extraordinary step

requested both by plaintiff and his counsel to expunge and seal the criminal complaint that was concocted by the Sims to prevent Plaintiff from testifying against Maurice Sims Jr.'s felony plea agreement emanating from Porter County IN. Prosecutor's Office, in concert with these defendants.

12. The Sims are known illegal drug users and fugitives from Prior felony charges brought by an Indiana task force consisting of the Lake County Sheriff's office, Gary Police Department, Indiana State Police and other authorities who arrested the Sims parents, Sims Sr. and Latresa Sims, parents of Maurice Sims Junior (all referenced above and referred to in the SAC). Ordinarily a felony arrest the subject must wait one year before the expungement and sealing of the dismissed criminal complaint and surrounding information but the three managers of the Lake County prosecutor's office all agreed with the female prosecutor assigned to the case the fabricated charges by The Sims due to their proclivity for felony drug use and other illegal activity including the crimes committed against the Abrahamsons in this docket were egregious and were summarily dismissed and expunged.  The fabricated probable cause affidavit as it pertains to the Sims these defendants were desirous to place said "affidavit" into the public domain so as to severely defame plaintiff in the public domain until such time these defendants, incredulously in name only police - could effectuate removal of plaintiff's mother Elaine Abrahamson from plaintiff's home into remote locations and thereafter inserting The Sims into a hospital room of Elaine Abrahamson and others therein without any true advocacy for Mrs Abrahamson's health whatsoever prior to the defendants thereby effectuating the further torture of Elaine Abrahamson, without the benefit of counsel for Elaine - in that these defendants hid Elaine Abrahamson from her own multiple attorneys hiding Elaine's whereabouts until such time that she died plaintiff hired two attorneys to protect his mother but the attorneys were unable to locate Elaine Abrahamson because these

defendants refused for weeks and months to inform plaintiff's counsel of Elaine's whereabouts; thereby the defendants again incredulously assisted the Three Sims individuals to gain entry into Mrs Abrahamson's Private hospital room so that they could further emotionally and physically batter her, while further defaming (***per se***) plaintiff.

13. As a factual matter it is brought to the court's attention the emotional toll and distress these P.O. defendants purposely inflicted upon both Abrahamsons in that anyone encountering known fugitive felony charged drug dealers and illegal weapon possessors namely The Sims fugitives from law enforcement as well as their son Maurice Simms Junior a recently felony charged drug user; these defendants utilized The Sims, As well as the stratagem of the defendants to hide Mrs. Abrahamson and defame her son nationwide was unequivocally enough venom spewed by these defendants against plaintiff and his most precious family member, his beloved mother Elaine who defendants with extreme discrimination extricated them from their residence, Without any valid reason whatsoever hid Mrs Abrahamson from her attorneys and her family and any advocacy whatsoever; to cause "Broken Heart Syndrome" upon Mrs Abrahamson. Plaintiff has searched the case law high and low and there is nothing in the 7th circuit or any of the circuits remotely related to this type of religious persecution and discrimination of plaintiff isolating him from the public and his family; By teaming up with The Sims who plaintiff requested the P.O. defendants protect plaintiff from, and instead incredulously assailed and isolated Mrs Abrahamson to torture her without any reasonable basis in kind and to hide her from all of her adult children and the several attorneys plaintiff hired to protect her and communicate with her - of which Elaine has four adult children (three sisters of plaintiff) and grandchildren (five of which are all physicians and surgeons, a daughter of which is a registered nurse, most in the fields of Medicine and law) - all of who would have supplanted the Sims territorial insertion of Elaine

against her will into the Munster, IN. Community Hospital, where these defendants extricated Mrs Abrahamson from her residence against her will and concurrently with this unlawful activity severely defamed Plaintiff along with the Abrahamsons generally.

n concert with these defendants being bolstered by the PO defendants to surround Plaintiff's Mother, while concurrently refusing to inform any of the three attorneys plaintiff hired to protect Elaine Abrahamson and plaintiff from "The Sims" - despite the Sims' above felony charge(s) outstanding against Maurice Sims junior - and two felony charges that were outstanding that continue to be outstanding against Sims Jrs.' parents Maurice Sims senior and Latresa Rouse Sims - both Sims parents havng fled the Northern Indiana Area to avoid going to prison for: cocaine trafficking, illegal gun discharge and gun sales in Gary, IN.

10. It was clear and is clear to plaintiff that in view of the fact that plaintiff put David Westland on "notice" that if he continues to suborn perjury which his office clearly is cognizant of the fact that the P.O. defendants were discriminating against plaintiff and in the process of so doing as mentioned above and in the filings herein their illegal discriminatory actions against plaintiff resulted in the death of Mrs Elaine Abrahamson for no legitimate reason whatsoever, concurrent with severe defamation to plaintiff ***per se*** .

### Conclusion

The record in this docket clearly demonstrates plaintiff satisfying the statute to make defendants aware of the lawsuit and defense counsel is fearful of answering the second amended complaint and that plaintiff has notified defense counsel that the assistance of attorneys to suborn perjury in this docket will be reported to the disciplinary commission of the Supreme Court of Indiana in that Mrs Abrahamson unnecessarily died from the purposeful: torture, isolation, and hiding of Elaine Abrahamson from her family, Multiple license Attorneys seeking her whereabouts and these defendants hid her until such time they

Inflicted broken heart syndrome upon her and she died therefrom. The Court should not accept this last stitch effort to salvage defendants from default judgment in that their failure to answer was purposeful, calculated, and Default judgment along with costs attorneys fees and all other relief requested in the SAC as well as interest in any and all penalties as well as any other relief in the premises, must be issued by the court in the interest of justice.

Respectfully submitted, *[signature]*
Bruce Michael Abrahamson

## CERTIFICATE OF SERVICE

I certify and verify that on the 30th day of April, 2025, I served a complete true and correct copy of each and all of the following: the foregoing Motion/Pleading entitled: 1.A BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT 4-30-25

2. A MOTION FOR RECONSIDERATION OF (3-31-2025 COURT) ORDER 4 30 25

3  A PLAINTIFF RESP TO NO SERV. = DEFAULT VIOL RULE 111 MAG ST. DEFAULT 4-27-25

4  A BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT 4-30-25

5  A MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS FOR     FAILURE TO ANSWER THE SECOND AMENDED COMPLAINT 4-30-25

and upon Defendant(s) Mark Ashcraft, and: Anthony Phipps, and: Dan Broelmann, and: Stephen Scheckel, and: Dustin Anderson, and: Town of Munster, Indiana, and: Munster Indiana Police Department C/O: Defendant and CEO/Manager of Defendant, Town of Munster: Dustin Anderson, Town Manager, 1154 Ridge Road, Munster, IN. 46321 Plaintiff having caused a true and complete copy of all of the preceding captioned documents to be delivered via the U.S. Post Office requisite postage pre-paid for via First Class U.S. Mail Delivery to the address immediately captioned above a d the veracity of this Certificate of Service is hereby averred to by the undersigned:

Signature: *[signature]*
Bruce Michael Abrahamson, Plaintiff
8840 Baring Avenue Munster, IN. 46321   PH#: 219-237-9510.