# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BRUCE MICHAEL ABRAHAMSON, in his personal capacity and in his capacity as personal representative of the estate of Elaine Abrahamson

    Plaintiff

v.                                                                                                              Civil Action No.  2:23-cv-184

MARK ASHCRAFT
ANTHONY PHIPPS
DAN BROELMANN
STEPHEN SCHECKEL
JOHN DOES 1-10, unknown current and former police officers
JOHN DOES 1-10, unknown current and former law enforcement affiliates with the Town of Munster
JOHN DOES, that are the employees of the Town of Munster
MUNSTER TOWN OF, Indiana TERMED: 03/31/2025
POLICE DEPARTMENT, Munster, IN., TERMINATED: 03/31/2025
DUSTIN ANDERSON

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE for failure to achieve service on the remaining defendants.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

  _X_  decided by Judge Gretchen S Lund on a Motion to Dismiss by Defendants Dustin Anderson, Mark Ashcraft, Dan Broelmann, John Does, John Does 1-10, John Does 1-10, Anthony Phipps, Stephen Scheckel.

DATE: 8/22/2025                              CHANDA J. BERTA, CLERK OF COURT

                                                by  s/M. Murray_____
                                                *Signature of Clerk or Deputy Clerk*